United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Doris Sloan, et al.,

       Plaintiffs,

  v.

Pfizer Incorporated, et al.,

       Defendants.
_____/

Case No. C 07-2551 JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: May 17, 2007

_____
JAMES LARSON
United States Magistrate Judge