**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                   415.522.2000

**May 18, 2007**

**CASE NUMBER: CV 07-02551 JL**
**CASE TITLE: DORIS SLOAN-v-PFIZER INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/18/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 5/18/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                       Transferor CSA